UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PETER STUART, et al.<br><br>Defendants. | Case No.: 8:25-cv-00761-TDC |

# CONSENT MOTION FOR FINAL JUDGMENT

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to enter final judgment as to Defendant Peter Stuart (the "Individual Defendant") and each of the corporate defendants: (1) 1101 N ARTHUR ASHE BLVD INVESTMENT LLC, (2) 1101 N ARTHUR ASHE BLVD LLC, (3) OTD 1126 9th St NW LLC, (4) OMAM 1002-1058 Woodstock Ln LLC, (5) OMAM 1221 Scotts Manor Ct LLC, (6) OMAM 1625 W PEMBROKE LLC, (7) OMAM 1971-1991 Rochelle Ave LLC, (8) OMAM 2237 Taft Circle LLC, (9) OMAM Beamons Mill LLC, (10) ORC 223 VINE ST LLC, (11) OTD 1240 MOUNT OLIVET ROAD LLC, (12) OTD 2106-2108 VERMONT AVE LLC, (13) OUTLIER NEWPOINTE LYNBROOK LLC, and (14) Outlier-ERI Newpoint Lynbrook LLC (collectively, the "Non-Monetarily Liable Corporate Defendants"); and (15) Outlier Multifamily Asset Management LLC, (16) Outlier Development LLC, (17) Outlier OTD Holdco, LLC, (18) OUTLIER OMAM HOLDCO, LLC, (19) OUTLIER PS-KP HOLDCO, LLC, (20) OUTLIER PS-KP HOLDINGS GP LLC, (21) PS KP 2019 (MT) LP, (22) Outlier-RM Vine Street LLC, (23) ORC KP BOULEVARD LLC, (24) OUTLIER REALTY CAPITAL MANAGEMENT, LLC, (25)

OUTLIER MANAGER LLC, (26) OMAM MANAGER LLC, and (27) Outlier PS KP Manager, LLC (collectively, the "Monetarily Liable Corporate Defendants") (together, the Individual Defendant, the Non-Monetarily Liable Corporate Defendants, and the Monetarily Liable Corporate Defendants are the "Defendants"). The Defendants consent to this motion and the entry of the proposed Final Judgment.

The SEC filed its Complaint in this action, today, March 7, 2025. Before the SEC filed its Complaint, the parties negotiated a settlement. The terms of the settlement are memorialized in the Consents of the Individual Defendant (attached as Exhibit 1), the Non-Monetarily Liable Corporate Defendants (attached as Exhibit 2), and the Monetarily Liable Corporate Defendants (attached as Exhibit 3) (collectively, the "Consents") and the proposed Final Judgment (attached as Exhibit 4).

If approved, the Final Judgment would permanently restrain and enjoin Defendants from violating Sections 17(a)(2) and (3) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)(2) and (3)] and restrain and enjoin Stuart from participating in the issuance, purchase, offer, or sale of any security, other than for his personal account, or serving as an officer or director of an issuer of a certain class of securities for a period of five years. The proposed Final Judgment would also require the Individual Defendant and the Monetarily Liable Corporate Defendants to pay disgorgement of $1,471,440 and prejudgment interest of $159,936, on a joint and several basis, require the Monetarily Liable Corporate Defendants to pay a civil penalty of $1,471,440, on a joint and several basis with each other, and require the Individual Defendant to pay a civil penalty of $240,464. The proposed Final Judgment includes a schedule for the Individual Defendant and the Monetarily Liable Corporate Defendants to pay disgorgement, prejudgment interest, and civil penalties. The proposed Final Judgment also

requires Defendants to install an independent consultant, paid for by the Monetarily Liable Corporate Defendants, to, among other things, oversee the sale of investment properties and return money to investors.

The SEC respectfully requests the Court grant this motion based on the Defendants' Consents to the Final Judgment and on the grounds that after considering the allegations of the Complaint, the proposed Final Judgment is fair and in the public interest. In executing the Consents, the Defendants specifically consented to the filing of this motion.

## **CONCLUSION**

Accordingly, for the reasons set forth above, the SEC requests that the Court enter the proposed Final Judgment as to all Defendants.

Dated: March 7, 2025

        Respectfully submitted,

        By:  */s/Charlie Divine*

        Charlie Divine, Trial Counsel
        Securities and Exchange Commission
        100 F Street NE
        Washington, DC 20549
        Telephone: (202) 551-6673
        Email: divinec@sec.gov
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2025, I served the foregoing on Mary P. Hansen, counsel for the Defendants, as required pursuant to Fed. R. Civ. P. 5(a). I completed service by emailing (MPHansen@duanemorris.com) with Ms. Hansen's consent.

/s/ Charlie L. Divine